DORIS M. IVORY, Individually and as Treasurer of Association of Private Office Personnel Agencies, Appellant and Respondent, *v.* EDWARD W. EDWARDS et al., as Members of the State Commission Against Discrimination, Respondents and Appellants.

Argued November 25, 1952; decided January 16, 1953.

*William E. Vogel* for appellant-respondent.

*Henry Spitz* and *Milton Rosenberg* for respondents-appellants.

On appeal by plaintiff: Judgment affirmed, without costs. On appeal by defendants: Appeal dismissed upon the ground that the part of the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 305 N. Y. 560.]